**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA GARCIA, and A.G., J.G., and C.G., Minors, by and through their Guardian ad Litem, Dolores Garcia<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF ORANGE, ORANGE COUNTY SOCIAL SERVICE AGENCY, COUNTY OF ORANGE CHILDREN AND FAMILY SERVICES, AND ORANGEWOOD CHILDREN'S AND FAMILIES CENTER, and Does 1 through 50 Inclusive.<br><br>Defendants. | Case No. 17-CV-07892-JVS (JDEx)<br>Consolidated with SACV18-201181-JVS (JDEx)<br><br>**ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

    The Court, upon review of the parties Stipulation for Entry of Dismissal with Prejudice of Entire Action (ECF No. 141), and for good cause shown, enters its Order Dismissing the above entitled action with prejudice.

**IT IS SO ORDERED.**

DATED: 2/18/21

_____
Honorable James Selna
Judge of the United States District Court